

# Texas Department of Criminal Justice

Brad Livingston
Executive Director

January 26, 2015

The Honorable Donna Kay McKinney
Bexar County District Clerk
100 Dolorosa St., First Floor
San Antonio, Texas 78205

**RECEIVED IN
COURT OF CRIMINAL APPEALS**

**FEB 02 2015**

RE: **ARNOLD PRIETO TDCJ# 999149**

**Abel Acosta, Clerk**

Dear District Clerk:

Enclosed is the Return of the Director of the Texas Department of Criminal Justice Correctional Institutions Division, of the Death Warrant pertaining to **ARNOLD PRIETO** issued in 175th District Court of Bexar County, Texas on May 7, 2014, which was carried out on January 21, 2015. Also enclosed is the Certificate with the director's statement of compliance with the command of the warrant. The certificate also indicates the disposition of the remains as required by Article 42.23 of the Texas Code of Criminal Procedure.

Sincerely,

*Carla M Willis*

Carla M. Willis
Deputy General Counsel
OFFICE OF THE GENERAL COUNSEL

Cc: The Honorable Gregg Abbott, Governor
The Honorable Ken Paxton, Attorney General
Abel Acosta, Clerk, Court of Criminal Appeals
Kelly Enloe, Chairman, Classification & Records, TDCJ

Attachment

CMW/caf

COPY

---

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

**Office of the General Counsel**
**Sharon Felfe Howell, General Counsel – sharon.howell@tdcj.texas.gov**

P.O. Box 13084 Capitol Station
Austin, Texas 78711-3084
Phone (512) 463-9899, FAX (512) 936-2159

P.O. Box 4004
Huntsville, Texas 77342-4004
Phone (936) 437-6698, FAX (936) 437-6994

# RETURN OF THE DIRECTOR OF THE CORRECTIONAL INSTITUTIONS DIVISION

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

Came to hand, the 2nd day of June 1995 and executed the 21st day of January 2015 by the death of **ARNOLD PRIETO.**

DISPOSITION OF BODY:

Date: _January 21, 2015_

Time: _6:31 pm_

_William Stephens_

William Stephens, Director

Texas Department of Criminal Justice

Correctional Institutions Division

# CERTIFICATE

I hereby certify that the Death Warrant in the case of *The State of Texas vs. **ARNOLD PRIETO*** issued in the 175th District Court of Bexar County, Texas on May 7, 2014, and was executed according to the laws of the State of Texas on January 21, 2015. The death of **ARNOLD PRIETO** was caused by intravenous injection of lethal substances at the Huntsville Unit of the Texas Department of Criminal Justice – Correctional Institutionals Division at 6:31 p.m. on January 21, 2015. The body of the deceased was given into the custody of Carnes Funeral Home; agent for the requesting relative. This Certificate and Return of Warrant (enclosed) is in compliance with Article 43.23 of the Texas Code of Criminal Procedure.

_____

William Stephens, Director

Texas Department of Criminal Justice

Correctional Institutions Division

SUBSCRIBED AND SWORN TO BEFORE ME this the 21st day of January 2015.



**CONNIE E. WEICH**
Notary Public. State of Texas
My Commission Expires
11-06-2017
**Notary Without Bond**

_____

NOTARY PUBLIC, Walker County, Texas

My commission expires: __11-06-2017__

# WAᵣRANT OF EXECUTIᵒN

THE STATE OF TEXAS                NO.    1995CR0425B          IN THE 175ᵀᴴ DISTRICT COURT

VS.                                                           OF

Arnold Prieto                                                BEXAR COUNTY, TEXAS


THE STATE OF TEXAS TO THE DIRECTOR OF THE INSTITUTIONAL DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, AT HUNTSVILLE, WALKER COUNTY, TEXAS, GREETING:

OFFENSE CONVICTED OF: CAPITAL MURDER-OTHER FELONY          DATE OF CONVICTION:    March 31, 1995

DEGREE OF OFFENSE:  CAPITAL FELONY                        DATE OFFENSE COMMITTED: September 11, 1993
SENTENCE OF DEATH (INSTITUTIONAL DIVISION):   DEATH TDCJ-ID
DATE SENTENCE IMPOSED: March 31, 1995
MANDATE RECEIVED DATE: January 12, 1999

The following fully appears in the Judgment and Sentence of the above styled and numbered cause and entered upon the minutes of said Court:

It is, therefore, ORDERED, ADJUDGED AND DECREED by the Court that the defendant is guilty of the offense stated above, as found by the verdict of the jury, and, the punishment is fixed in accordance with the Jury's verdict and as required by the Statutes of the State of Texas at DEATH.

It is ORDERED by the Court that the Defendant, who has been adjudged guilty of the offense stated above, be and is hereby sentenced to DEATH.

On May 07, 2014 this cause again being called and the Court after having received the Mandate of the Texas Court of Criminal Appeals affirming the Judgment thereupon set the time for the execution of Arnold Prieto, on January 21, 2015 at any time after the hour of 6:00 P.M., as fully appears in the Order Setting Date of Execution of said Court attached hereto:

It is, therefore, the ORDER of the Court that the defendant  Arnold Prieto  who has been adjudged guilty of the offense of CAPITAL MURDER, and whose punishment has been fixed at DEATH as required by the Statutes of the State of Texas, shall, at any time after the hour of 6:00 P.M., on January 21, 2015, at the Institutional Division of the Texas Department of Criminal Justice, at Huntsville, Texas, be caused to die by intravenous injection of a substance or substances in a lethal quantity sufficient to cause death and until the said  Arnold Prieto, is dead, such execution procedure to be determined and supervised by the Director of the Institutional Division of the Texas Department of Criminal Justice.

These are, therefore, to command you to execute the aforesaid Judgment and Sentence at any time after the hour of 6:00 P.M. on  January 21, 2015, at the Institutional Division of the Texas Department of Criminal Justice, at Huntsville, Texas, by intravenous injection of a substance or substances in a lethal quantity sufficient to cause death and until such convict is dead, utilizing such procedure to be determined and supervised by you, the Director of the Institutional Division of the Texas Department of Criminal Justice, at Huntsville, Texas.

Herein fail not, and due return make hereof in accordance with law.

Witness my signature and seal of office on this 07ᵀᴴ day of May 2014.

Donna Kay McKinney
BEXAR COUNTY DISTRICT CLERK

# ORDER SETTING EXECUTION DATE

THE STATE OF TEXAS          NO. 1995CR0425B        IN THE 175th DISTRICT COURT

VS.                                          OF

Arnold Prieto                               BEXAR COUNTY, TEXAS

OFFENSE: CAPITAL MURDER-OTHER FELONY

The court, having received the Mandate of the Texas Court of Criminal Appeals, on the 12TH day of January A.D., 1999 affirming the Judgment thereupon set the date of the execution as follows:

It is the Order of the court that the defendant Arnold Prieto, who has been previously sentenced to death, shall on the 21st day of January A.D., 2015, at any time after the hour of 6 P.M., at the Institutional Division of the Texas Department of Criminal Justice, at Huntsville, Texas, be caused to die by intravenous injection of a substance or substances in a lethal quantity sufficient to cause death and until such convict is dead; and that the clerk of this court issue a Death Warrant in accordance with this Order directed to the Director of the Institutional Division of the Texas Department of Criminal Justice at Huntsville, Texas, and deliver said warrant to the Sheriff of this court of Bexar County, Texas to be by him delivered to said Director.

SIGNED and ENTERED of record this 07th day of May A.D., 2014.

JUDGE MARY ROMAN
175TH DISTRICT COURT
BEXAR COUNTY, TEXAS

NO.  1995CR0425B   STYLE: THE STATE OF TEXAS VS. ARNOLD PRIETO

SHERIFF'S RETURN

The above and foregoing Warrant came to hand on the *9* day of _*may*_, A.D., *2014*, and immediately upon receipt of said Warrant, I transported the said Arnold Prieto to the Institutional Division of the Texas Department of Criminal Justice, at Huntsville, Texas, and took from said Director a receipt for the said Arnold Prieto and said Warrant as follows:

Received from the Sheriff of Bexar County, Texas, the person of Arnold Prieto together with a Warrant for the execution of the death and Order Setting Execution Date, sentence to be executed upon the said Arnold Prieto in cause number  1995CR0425B out of the 175th   District Court of Bexar County, Texas.

Director of the Institutional Division of the Texas Department of Criminal  Justice  which  said receipt  I now  return  to the Clerk of the   175th   District  Court  of Bexar  County,  Texas,  this _____ day of _____ A.D., _____.

Susan Pamerleau
SHERIFF OF BEXAR COUNTY, TEXAS

BY: _____ DEPUTY

DATE DELIVERED: *5-9-14*

RETURN RECEIPT REQUESTED BY HAND DELIVERY:
BY: _____
BRAD LIVINGSTON, DIRECTOR